**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**TWO (2) REAL PROPERTIES, (DEFENDANT REAL PROPERTIES), LOCATED IN JACKSON COUNTY, WITHIN THE STATE AND DISTRICT OF OREGON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, *in rem*,**

**Defendants.**

**Case No. 1:20-cv-01915-MO**

**ORDER TO DISMISS CIVIL FORFEITURE ACTION WITH PREJUDICE**

Upon the motion of the government and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this civil forfeiture action is dismissed in its entirety, with prejudice.

SO ORDERED this 22 day of October 2026.

*Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
Senior United States District Judge

Respectfully submitted,

SCOTT E. BRADFORD, OSB #062824
United States Attorney

*/s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney